# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARRIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | )     8:06CV37 |
| vs. | ) |
| | )     ORDER |
| TRIPLE M INVESTMENTS, LTD. | ) |
| and JOHN C. MITCHELL, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on defendants' motion to continue the deadline for filing a Report of Parties' Planning conference [14] because their motion to dismiss for lack of subject matter jurisdiction is still pending for decision. Noting plaintiff's apparent objection, I find that the defendants have shown good cause for a continuance.

**IT IS ORDERED** that defendants' motion to continue the deadline for filing a Report of Parties' Planning Conference [14] is granted. The May 25, 2006 deadline for filing a Rule 26(f) planning report is hereby suspended pending the district court's ruling on defendant's Motion to Dismiss [12]. If necessary, a new reporting deadline will be set by further order of the court.

**DATED May 25, 2006.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**